UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JULIE MAURY,                                    Civ. Case No. 18-cv-05923

                *Plaintiff,*               **NOTICE OF APPEARANCE**

      -v-

MARY CAPPIELLO, TRUSTEE OF THE MARY
CAPPIELLO REVOCABLE LIVING TRUST UNIT
and O SHA INC.,

                *Defendants.*
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that Ariadne Panagopoulou, an associate of **PARDALIS & NOHAVICKA, LLP,** hereby appears on behalf of all Defendants in the above-captioned matter. Kindly forward all correspondence and notices to this law firm.


Dated: September 5, 2018
      New York, New York

                                          PARDALIS & NOHAVICKA, LLP
                                          By: _____
                                          Ariadne Panagopoulou
                                          *Attorneys for Defendants*
                                          950 3rd Avenue, Floor 25
                                          New York, New York 10022
                                          Tel: 718.777.0400
                                          Fax: 718.777.0599
                                          Email: ari@pnlawyers.com